UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 3:22-cr-55-MMH-SJH

DUSTIN ALLEN EWARD

### ORDER

**THIS CAUSE** is before the Court on Defendant's Unopposed Motion to Continue Hospitalization for Additional Period of Time (Doc. 88; "Motion"). For the reasons that follow, the Court will **grant** the Motion to the extent set forth herein:

On April 26, 2023, counsel for Defendant Dustin Allen Eward ("Defendant") moved for a hearing to determine the mental competency of Defendant. The Court convened a hearing on May 3, 2023, and heard argument from the parties, as well as defense counsel's observations about Defendant. The parties were in agreement that a preponderance of the evidence showed that Defendant was not presently competent to stand trial, and, on May 9, 2023, this Court found the Defendant not competent to stand trial and committed him for treatment and evaluation pursuant to 18 U.S.C. § 4241(d) and § 4247(b).

Due to delays in available bed space at facilities, the Defendant arrived at Federal Medical Center (FMC) Butner on February 21, 2024. By report dated June 18, 2024, FMC Butner psychological and psychiatric evaluators found Mr. Eward

remains not competent to stand trial and opined that there is a "substantial probability" that Mr. Eward's competence to stand trial can be restored with appropriate treatment by medication. They provided that Mr. Eward had refused medication to date and asked the Court to determine whether treatment with medication on an involuntary basis should be ordered pursuant to *Sell v. United States*, 539 U.S. 166 (2003). This Court held a status hearing on this issue on July 18, 2024, during which the United States stated its intent to seek a court order directing Mr. Eward be treated with medication on an involuntary basis.

On July 19, 2024, the Defendant's counsel filed Defendant's Unopposed Motion and represented that he had spoken with the Defendant, who stated that he was now willing to voluntarily take medication, and spoke to the Defendant's treating psychologist and informed him of the same.

This Court may authorize an "additional reasonable period" of treatment if it finds that there is a "substantial probability" that the defendant will attain the capacity to permit the proceedings to go forward within the additional time period. 18 U.S.C. § 4241(d)(2)(A). Based on the June 18, 2024 report and the representations of Defendant's counsel, and without opposition by the United States, this Court finds that there is a substantial probability that the Defendant will attain the capacity to permit the proceedings to go forward if FMC Butner is given additional time to carry out a medication treatment plan.

An additional period of time up to four months is requested by Defendant's counsel, and this Court finds that to be reasonable in light of the time needed for the administration of medication and additional evaluation of the Defendant.

Accordingly, the Defendant is committed for treatment and examination by a designated licensed or certified psychiatrist or psychologist for an additional reasonable period, but not to exceed four months, to the Attorney General, or his duly authorized representative(s), for placement in a suitable facility of the Bureau of Prisons.

Periodic submission of status reports will be required at least every 30 days and immediately if the Defendant refuses medication or upon opinion that the Defendant has the capacity to permit the proceedings to go forward. Reports shall be furnished to Samuel Horovitz, United States Magistrate Judge, 300 N. Hogan Street, Jacksonville, Florida 32202, with copies to Kirwinn Mike, Assistant United States Attorney, 300 N. Hogan Street, Suite 700, Jacksonville, Florida 32202, and to Attorney Patrick Korody, 118 W. Adams Street, Suite 500, Jacksonville, FL 32202.

The Court will set status hearings upon receipt of the last of the report(s) submitted pursuant to this Order. Defendant shall remain at the designated facility pending the hearing, at which time the Court will determine the appropriate manner to proceed.

Accordingly, it is **ordered** that Defendant's Unopposed Motion to Continue Hospitalization for Additional Period of Time (Doc. 88) is **granted** to the extent set forth herein.

**DONE AND ORDERED** at Jacksonville, Florida, on July 23rd, 2024.

_____
Samuel J. Horovitz
United States Magistrate Judge

Copies to:
Asst. U.S. Attorney (Mike & Coolican)
Patrick K. Korody, Esquire
Defendant (via U.S. Marshal)
U.S. Marshal

JohnRobert W. Jones, Psy.D.
Postdoctoral Fellow
Mental Health Department
Federal Medical Center
P.O. Box 1600
Butner, North Carolina 27509

T. Scarantino, Complex Warden
Federal Medical Center
P.O. Box 1600
Butner, North Carolina 27509