UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:22-cr-55-MMH-SJH

DUSTIN ALLEN EWARD

**ORDER**

The history of defendant Dustin Allen Eward's ("Defendant") competency issues are accurately captured in prior Court orders. *See* Docs. 68 and 92. On July 23, 2024, the Court ordered a four month period of treatment at Federal Medical Center (FMC) Butner so that the Defendant could be treated with psychotropic medication. Doc. 92. At the end of that period, by a report dated November 22, 2024 (the report was signed December 2, 2024), psychological and psychiatric evaluators provided that Mr. Eward had been compliant with his medication treatment plan (albeit with some changes required due to apparent side effects) but in their opinion remained not competent to stand trial; they further opined that there is a "substantial probability" that Mr. Eward's competence to stand trial can be restored with continued treatment by medication.

At a hearing held on December 19, 2024, Defendant's counsel represented that he had spoken to the Defendant on December 17, 2024 and that the Defendant did not oppose an additional period of hospitalization for continued treatment by medication.

This Court may authorize an "additional reasonable period" of treatment if it makes the finding that there is a "substantial probability" that the defendant will attain competency within the additional time period. 18 U.S.C. § 4241(d)(2)(A). Based on the November 22, 2024 report and the representations of Defendant's counsel, and without opposition by the United States, this Court finds that there is a substantial probability that the Defendant will attain capacity to permit the proceedings to go forward if FMC Butner is given additional time to carry out the medication treatment plan.

Accordingly, the Defendant is committed for treatment by a designated licensed or certified psychiatrist or psychologist for an additional reasonable period, but not to exceed four months, nunc pro tunc to November 23, 2024, to the Attorney General, or his duly authorized representative(s), for placement in a suitable facility of the Bureau of Prisons.

Periodic submission of status reports will be required at least every 30 days (with the first report required no later than January 22, 2025 and every 30 days thereafter) and immediately if the Defendant refuses medication or upon opinion that the Defendant has the capacity to permit the proceedings to go forward. Reports shall be filed with the Court and furnished to Samuel Horovitz, United States Magistrate Judge, 300 N. Hogan Street, Jacksonville, Florida 32202, with copies to Kirwinn Mike, Assistant United States Attorney, 300 N. Hogan Street, Suite 700, Jacksonville, Florida 32202, and to Attorney Patrick Korody, 118 W. Adams Street, Suite 500, Jacksonville, FL 32202.

**DONE AND ORDERED** at Jacksonville, Florida, on December 19, 2024.

_____
Samuel J. Horovitz
United States Magistrate Judge

Copies to:
Asst. U.S. Attorney (Mike & Coolican)
Defense Counsel (Korody)
U.S. Marshal