**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA　　　　CASE NO. 3:22-cr-55-MMH-SJH

v.

DUSTIN ALLEN EWARD

<u>Counsel for Government:</u>　　　　<u>Counsel for Defendant:</u>
Kirwinn Mike　　　　　　　　　　　Patrick Korody

**HONORABLE MARCIA MORALES HOWARD**
**UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Jodi L. Wiles　　　　Court Reporter: Katharine Healey

### CLERK'S MINUTES

**PROCEEDINGS OF:　CRIMINAL STATUS CONFERENCE**

Defendant moves to continue the trial.

The government has no objection to the continuance.

Defendant's <u>ore</u> <u>tenus</u> motion to continue the trial is **GRANTED**. For the reasons stated on the record during the hearing, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the Defendant in a speedy trial. All time from now until the end of the May 2025 trial term shall be excludable time.

　　**CASE RESET:**
　　Status:　　　　April 21, 2025, at 3:00 p.m.
　　Trial Term:　　May 5, 2025, at 9:00 a.m.

Plea deadline: **April 28, 2025**.

Date: January 21, 2025　　Time: 3:05 p.m. – 3:08 p.m.　　Total: 3 Minutes