# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

-vs-                                                                 Case No. 3:22-cr-55-MMH-SJH

**DUSTIN ALLEN EWARD**                     Defense Atty: Patrick K. Korody, Esq.
                                                                          AUSA: Michael Coolican, Esq. &
                                                                          Kirwinn Mike, Esq.

| JUDGE | Samuel J. Horovitz<br>U. S. Magistrate Judge | DATE AND TIME | 4/15/2025<br>10:04 a.m. – 10:14 a.m. |
|---|---|---|---|
| DEPUTY CLERK | Barbara Rothermel | TAPE/REPORTER | Digital |
| INTERPRETER | None present | PRETRIAL/PROBATION | None present |

### CLERK'S MINUTES

**PROCEEDINGS:**              **STATUS HEARING**

Discussion regarding status, in light of the report received from Butner Federal Medical Facility.